| | | |
|---|---|---|
| People v Beardslee | County Ct, 8/5/16 (Monroe) | denied 11/21/16 (Stein, J.) |
| People v Black | 3d Dept: 141 AD3d 828 (Albany) | denied 11/4/16 (Abdus-Salaam, J.) |
| People v Blond | App Div, 3d Dept: 2016 NY Slip Op 68278(U) (Schenectady) | denied reconsideration 11/29/16 (Abdus-Salaam, J.) |
| People v Blount | App Div, 3d Dept: 2016 NY Slip Op 82924(U) (Albany) | denied 11/28/16 (Fahey, J.) |
| People v Bowie | App Div, 2d Dept: 2016 NY Slip Op 66644(U) (Orange) | denied reconsideration 11/1/16 (Abdus-Salaam, J.) |
| People v Boyd | 4th Dept: 141 AD3d 1124 (Oneida) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Bruno | 2d Dept: 139 AD3d 751 (Kings) | denied 11/4/16 (Rivera, J.) |
| People v Burlingame | App Div, 4th Dept, 8/16/16 (Chautauqua) | dismissed 11/9/16 (DiFiore, Ch. J.) |
| People v Bush | 2d Dept: 132 AD3d 691 (Westchester) | denied 11/1/16 (Pigott, J.) |
| People v Caballero | 2d Dept: 137 AD3d 929 (Queens) | denied reconsideration 11/1/16 (Fahey, J.) |
| People v Calinda | 2d Dept: 142 AD3d 1183 (Queens) | denied 11/14/16 (DiFiore, Ch. J.) |
| People v Campbell | 2d Dept: 142 AD3d 623 (Orange) | denied 11/21/16 (Stein, J.) |
| People v Capers | App Term, 1st Dept: 53 Misc 3d 126(A) (Bronx) | denied 11/28/16 (Garcia, J.) |
| People v Cedeno | App Div, 4th Dept, 9/15/16 (Monroe) | dismissed 11/29/16 (DiFiore, Ch. J.) |
| People v Colon | 2d Dept: 142 AD3d 1100 (Kings) | denied 11/21/16 (Stein, J.) |
| People v Cramer | County Ct, 9/23/16 (Erie) | denied 11/23/16 (DiFiore, Ch. J.) |
| People v Cruz | App Div, 2d Dept: 2016 NY Slip Op 80940(U) (Kings) | dismissed 11/2/16 (Garcia, J.) |
| People v Culkin | 4th Dept: 141 AD3d 1114 (Erie) | denied reconsideration 11/23/16 (DiFiore, Ch. J.) |
| People v Curley | 1st Dept: 142 AD3d 889 (Bronx) | denied 11/28/16 (Garcia, J.) |
| People v Dawkins | 2d Dept: 142 AD3d 672 (Queens) | denied 11/8/16 (Garcia, J.) |